JS-6

FILED
CLERK, U.S. DISTRICT COURT

3/27/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_CW\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JULIE VAN WERT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation, and Does 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 2:19-CV-09333 JAK (AFMx)<br><br>**ORDER RE JOINT STIPULATION REGARDING VALUE OF PLAINTIFF'S CASE IS LESS THAN $75,000.00; ORDER TO REMAND (DKT. 12)** |

1

Based upon a review of the Joint Stipulation Regarding Value of Plaintiff's Case Is Less than $75,000.00 ("Stipulation" (Dkt. 12)), a determination has been made that there is no subject-matter jurisdiction over this action. Therefore, this action is **REMANDED** to the Superior Court of California, County of Los Angeles, Spring Street Courthouse, as Case No. 19STCV20982.

**IT IS SO ORDERED.**

Dated: March 27, 2020 _____
 John A. Kronstadt
 United States District Judge